# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUSSELL COHEN,

    Plaintiff,

vs.

WARDEN BILL DONAT, et al.,

    Defendants.

Case No. 3:05-CV-00699-LRH-(VPC)

**ORDER**

    Plaintiff has submitted a letter (#7), in which he asks for an extension of time to comply with the Court's Order (#2) that he file an amended complaint.  Good cause appearing;

    IT IS THEREFORE ORDERED that Plaintiff's letter (#7), which the Court construes as a motion for an extension of time, is **GRANTED**.  Plaintiff shall have thirty (30) days from the date on which this Order is entered to file a Complaint.  Failure to comply with this Order will result in the dismissal of this action.

    DATED this 17th day of March, 2006.

_____
LARRY R. HICKS
United States District Judge