# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUSSELL COHEN,

    Plaintiff,

vs.

WARDEN BILL DONAT, et al.,

    Defendants.

Case No. 3:05-CV-00699-LRH-(VPC)

**ORDER**

    Plaintiff has submitted a Motion for Reconsideration (#12). All of his arguments rest upon an assumption that he has a right to an effective prison grievance procedure. He has no such right. Mann v. Adams, 855 F.2d 639, 640 (9th Cir. 1988). Plaintiff's allegations show that prison officials rejected his grievances, but they do not show any actual injury, such as retaliation for filing the grievances or the inability to commence a court action. Unless Plaintiff can allege such an actual injury, he has failed to state a claim upon which relief can be granted.

    IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Reconsideration (#12) is **DENIED**. Plaintiff will have thirty (30) days from the date that this Order is entered to submit his amended complaint, if he believes that he can correct the noted deficiencies. Failure to comply with this Order will result in the dismissal of this action.

    DATED this 25th day of July, 2006.

                                                                                                  LARRY R. HICKS
                                                                                            United States District Judge